*Lawrence O. Guillory*, for appellee.

A92A2343. THE STATE v. DINGLER.
(427 SE2d 861)

JOHNSON, Judge.

Richard Allen Dingler pled guilty to one count of driving on a suspended license. The court imposed a sentence of 12-months probation and a fine of $750. This is an appeal by the State of Georgia asserting, in a single enumeration of error, that the sentence entered

by the trial court was void.

Void sentences are appealable by the state. *State v. Marshall*, 195 Ga. App. 535 (1) (394 SE2d 379) (1990). OCGA § 40-5-121 mandates the following sentences for the offense of driving with a suspended or revoked license. A first offense is punishable "by imprisonment for not less than two days nor more than six months, and there may be imposed in addition thereto a fine of not less than $500.00 nor more than $1,000.00." Second or subsequent convictions, within five years, are punishable "by imprisonment for not less than ten days nor more than 12 months and there may be imposed in addition thereto a fine of not less than $1,000.00 nor more than $2,500.00." No record of the proceedings was transmitted to this court for review. Nonetheless, the sentence imposed on Dingler falls outside the parameters for either a first or subsequent offense, and is therefore void. This case is remanded to the trial court with direction that Dingler be resentenced in accordance with the statute referenced above.

*Sentence vacated and case remanded with direction. Pope, C. J., and Carley, P. J., concur.*

DECIDED FEBRUARY 18, 1993.

*Keith C. Martin, Solicitor, Leigh A. Moore, Assistant Solicitor,* for appellant.
*Richard A. Dingler, pro se.*